1  KURT BONDS
   Nevada Bar No. 6228
2  TREVOR WAITE
   Nevada Bar No. 13779
3  **ALVERSON TAYLOR & SANDERS**
   6605 Grand Montecito Parkway, Suite 200
4  Las Vegas, Nevada 89149
   Telephone: (702) 384-7000
5  Facsimile: (702) 385-7000
   Email: kbonds@alversontaylor.com
6  Email: twaite@alversontaylor.com
   *Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARLAS KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:18-cv-02179-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Carlas Kennedy ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On November 13, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 6, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

/ / /

/ / /

1
KB/25956

3355737.1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 27, 2018. This is the first stipulation of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 29th day of November, 2018

**ALVERSON TAYLOR & SANDERS**

//S// Kurt R. Bonds

Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC**

//S// David H. Krieger

Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
Shaina R. Plaksin, Nevada Bar No. 13935
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

3355737.1

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated November 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE

3355737.1

3
KB/25956