Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLAS KENNEDY,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:18-cv-02179-JAD-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC, ONLY**<br><br>ECF No. 28 |

Plaintiff Carlas Kennedy and Defendant Trans Union LLC, hereby stipulate and agree that

the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC, ONLY - 1

(a)(2) as to, and **ONLY as to, TRANS UNION LLC.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated April 2, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: jbraster@nblawnv.com |
| Las Vegas, NV 89129 | Email: asharples@nblawnv.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **JONES DAY** |
| Email: shaina.plaksin@knepperclark.com | |
| | Katherine A. Neben, Esq. |
| **HAINES & KRIEGER LLC** | Nevada Bar No. 14590 |
| | 3161 Michelson Drive |
| David H. Krieger, Esq. | Irvine, CA 92612 |
| Nevada Bar No. 9086 | Email: kneben@jonesday.com |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | *Counsel for Defendant* |
| Email: dkrieger@hainesandkrieger.com | *Experian Information Solutions, Inc.* |
| *Counsel for Plaintiff* | |
| **ALVERSON TAYLOR & SANDERS** | |
| /s/ *Kurt R. Bonds* | |
| Kurt R. Bonds, Esq. | |
| Nevada Bar No. 6228 | |
| Trevor Waite, Esq. | |
| Nevada Bar No. 13779 | |
| 6605 Grand Montecito Parkway, Suite 200 | |
| Las Vegas, NV 89149 | |
| Email: kbonds@alversontaylor.com | |
| Email: twaite@alversontaylor.com | |
| *Counsel for Defendant* | |
| *Trans Union LLC* | |

*Kennedy v. Equifax Information Services, LLC et al*
Case No. 2:18-cv-02179-JAD-CWH

**ORDER**

Based on the parties' stipulation **[ECF No. 28]** and good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST DEFENDANT TRANS UNION LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 2, 2019

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC, ONLY - 3